OPINION — AG — **** IT WOULD BE IMPROPER IN VIEW OF THE PROVISIONS OF ARTICLE V, SECTION 23 OF THE OKLAHOMA CONSTITUTION FOR THE WIFE OF A MEMBER OF THE OKLAHOMA LEGISLATURE TO LEASE PROPERTY TO THE DEPARTMENT OF CORRECTIONS OF THE STATE OF OKLAHOMA. CITE: 74 O.S. 1971 1409 [74-1409] (ROBERT H. MITCHELL) SEE: OPINION NO. 87-008 ** SEE OPINION NO. 91-529 (1991) ** SEE: OPINION NO. 74-268 (1975) **